**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1016**

TIMI ANN CONOVER,

    Plaintiff – Appellee,

  v.

ROY SUDDATH,

    Defendant – Appellant.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Alexander Williams, Jr., District Judge.  (8:10-cv-03299-AW)

Submitted:  April 28, 2011    Decided:  May 3, 2011

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Roy Suddath, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Suddath appeals the district court's orders remanding this case back to state court and denying reconsideration. Because the remand order was based on lack of subject matter jurisdiction, the district court's order is not subject to review. 28 U.S.C. § 1447(d) (2006); Things Remembered, Inc. v. Petrarca, 516 U.S. 124, 127-28 (1995). Accordingly, we dismiss the appeal for lack of subject matter jurisdiction. We further deny Suddath's motion to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED